■ In the Matter of WILLIAM J. K., a Person Alleged to be a Juvenile Delinquent, Respondent.—Order unanimously reversed, on the law, without costs, and new trial granted. Same memorandum as in *Matter of Glenn F.* (117 AD2d 1013). (Appeal from order of Erie County Family Court, Sedita, J.—juvenile delinquency.) Present—Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.